# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00024-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| JOHN JOSEPH DONAHUE IV, | |
| Defendant. | |

Before the Court is a request for an additional fifteen (15) days to provide sufficient time for psychology staff at the Metropolitan Detention Center ("MDC"), Los Angeles, to perform the psychiatric evaluation pursuant to this Court's Order dated June 6, 2014. (Dkt. no. 35.) The Court finds good cause exists under 18 U.S.C. § 4247(b) to grant this request. The period of time upon which Defendant John Joseph Donahue IV is held in MDC for the purpose of a psychiatric evaluation shall be extended for an additional fifteen (15) days, which brings the total period of time to sixty (60) days. This period of time shall commence upon Defendant's arrival at MDC.

DATED THIS 22nd day of July 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE